UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| DP MARINA, LLC, | ) |
| *Plaintiff*, | ) |
| | ) Case No. 1:12-cv-218 |
| v. | ) |
| | ) Judge Mattice |
| CITY OF CHATTANOOGA, TENNESSEE, | ) |
| *Defendant*. | ) |

## JUDGMENT

This case came before the Court on the Defendant's Motion for Judgment on the Pleadings. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted Defendant's Motion,

It is **ORDERED AND ADJUDGED** that Plaintiff's federal claims arising prior to July 17, 2012 are hereby **DISMISSED WITH PREJUDICE**; Plaintiff's federal claims arising after July 17, 2012 are dismissed **DISMISSED WITHOUT PREJUDICE**; and Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 18th day of February, 2014.

                                                 /s/ *Debra C. Poplin*
                                                 Debra C. Poplin
                                                 CLERK OF COURT